UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CORE 4 KEBAWK, LLC** | **CIVIL ACTION** |
| **VERSUS** | **NO. 10-2792** |
| **RALPH'S CONCRETE PUMPING, INC, et al.** | **SECTION: "G"(2)** |

### AMENDED ORDER AND REASONS[1]

Before the Court is Defendants Southern Construction and Development, L.L.C. and Michael Turner's (collectively, "Defendants") "Rule 41(b) Motion to Dismiss Claims of Larry Howell,"[2] filed on March 12, 2013. Plaintiff Larry Howell ("Howell") has failed to file an opposition. For the reasons stated in this Court's Order and Reasons entered on May 22, 2013,[3]

**IT IS HEREBY ORDERED** that Defendants' "Rule 41(b) Motion to Dismiss Claims of Larry Howell"[4] is **GRANTED** and all claims asserted by Howell against Defendants are **DISMISSED WITH PREJUDICE**.

**NEW ORLEANS, LOUISIANA**, this 23rd day of May, 2013.

**NANNETTE JOLIVETTE BROWN**
**UNITED STATES DISTRICT JUDGE**

---

[1] The Court issues this Amended Order and Reasons to correct the caption. No substantive change to the order has been made from the original Order and Reasons (Rec. Doc. 260).

[2] Rec. Doc. 239.

[3] Rec. Doc. 259.

[4] Rec. Doc. 239.